UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

ANTONIO GRIGGS                              CIVIL ACTION NO. 11-cv-1919

VERSUS                                      JUDGE FOOTE

PARISH OF CADDO                             MAGISTRATE JUDGE HORNSBY

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED** that this final judgment be entered to terminate this matter. The Clerk of Court is directed to close the case.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 22nd day of June, 2012.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE